1  ARIEL E. STERN, ESQ.
   Nevada Bar No. 8276
2  DIANA S. ERB, ESQ.
   Nevada Bar No. 10580
3  AKERMAN SENTERFITT LLP
   1160 Town Center Drive, Suite 330
4  Las Vegas, Nevada 89144
   Telephone:     (702) 634-5000
5  Facsimile:     (702) 380-8572
   Email: ariel.stern@akerman.com
6  Email: diana.erb@akerman.com

7  *Attorneys for Defendants*
   *Bank of America, N.A. as itself and as successor by*
8  *merger to BAC Home Loans Servicing, LP;*
   *ReconTrust Company, N.A.; and Mortgage*
9  *Electronic Registration Systems, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| KAREN GUERTIN, | Case No.: 2:11-cv-00985-JCM-RJJ |
|---|---|
| Plaintiff, | |
| vs. | **ORDER CANCELING LIS PENDENS** |
| BANK OF AMERICA N.A., BAC HOME LOANS SERVICING, LP; RECONTRUST COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and DOES 1-100, | |
| Defendants. | |

On January 11, 2012, Plaintiff filed a Voluntary Dismissal without Prejudice as to Defendants RECONTRUST COMPANY, N.A., BANK OF AMERICA, N.A., for itself and as successor by merger to BAC HOME LOANS SERVICING, LP, and MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC. (collectively, **Defendants**) [Dkt. 16].

Defendants requests that the lis pendens Plaintiff KAREN GUERTIN (**Plaintiff**) recorded against the subject property be canceled.

The Court finds that Plaintiff recorded a Notice of Lis Pendens (**Lis Pendens**) on or about June 15, 2011, as Instrument Number 201106150005127 in real property records maintained by the Clark County Recorder. A copy of the Lis Pendens is attached hereto as **Exhibit A** and fully

{23978096;1}

1  incorporated by reference.

2  Upon consideration of Defendants' request to cancel the above-referenced Lis Pendens, and
3  good cause appearing therefore, the Court hereby grants Defendants their requested relief and rules
4  as follows:

5  1.   It is ordered, adjudged, and decreed that the above-referenced Lis Pendens is hereby
6  canceled, released, and expunged.

7  2.   It is further ordered, adjudged, and decreed that this Order canceling the above-
8  referenced Lis Pendens has the same effect as an expungement of the original Lis Pendens.

9  3.   It is further ordered, adjudged, and decreed that Defendant record a properly certified
10 copy of this Cancellation Order in the real property records of Clark County, Nevada within a
11 reasonable amount of time from the date of this Order's issue.

APPROVED:

_____
UNITED STATES DISTRICT JUDGE
Dated: March 29, 2012

Submitted by:
**AKERMAN SENTERFITT LLP**

/s/ Diana S. Erb
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DIANA S. ERB, ESQ.
Nevada Bar No. 10580
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Defendants*
*Bank of America, N.A., for itself and as*
*successor by merger to BAC Home Loans*
*Servicing, LP; ReconTrust Company;*
*Mortgage Electronic Registration Systems,*
*Inc.*

{23978096;1}

# EXHIBIT A

# EXHIBIT A

{20628576;1}



Inst #: 201106150005127
Fees: $16.00
N/C Fee: $0.00
06/15/2011 04:34:18 PM
Receipt #: 813307
Requestor:
KAREN GUERTIN
Recorded By: SAO   Pgs: 3
DEBBIE CONWAY
CLARK COUNTY RECORDER

## RECORDING COVER PAGE

Must be typed or printed clearly in black ink only.

APN# __179-28-713-005__

11 digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx

### TITLE OF DOCUMENT   (DO NOT Abbreviate)

__Notice of Lis Pendens__

Title of the Document on cover page must be EXACTLY as it appears on the first page of the document to be recorded.

**Recording requested by:**

__Karen Guertin__

**Return to:**

Name __Karen Guertin__

Address __9360 W. Flamingo Rd #110-526__

City/State/Zip __Las Vegas, NV 89147__

This page provides additional information required by NRS 111.312 Sections 1-2.

An additional recording fee of $1.00 will apply.

To print this document properly—do not use page scaling.

P:\Recorder\Forms 12_2010

2011 JUN 15 P 4: 05

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

## LLOYD D. GEORGE U.S. COURTHOUSE

| | |
|---|---|
| KAREN GUERTIN,<br>　　　Plaintiff,<br>v.<br><br>Bank of America N.A.; BAC Home Loans Servicing, LP; ReconTrust Company; Mortgage Electronic Registration Systems, Inc., and DOES 1-100<br>　　　Defendants, | **2:11-cv-00985-JCM -RJJ**<br><br>Plaintiff's complaint against Defendants for claims of: RESPA Violations; Fraud and Intentional Deceit; General Breach of Contract; Wrongful Foreclosure; Violations of the Fair Debt Collection Act; Notary Fraud and Fraudulent Assignment<br><br>APN# : 179-28-713-005 |

### NOTICE OF LIS PENDENS

PLEASE TAKE NOTICE that an action has been commenced and is now pending in the above-entitled court under the docket number set forth above by Plaintiff Karen Guertin sues defendants Bank of America N.A.; BAC Home Loans Servicing, LP; ReconTrust Company; Mortgage Electronic Registration Systems; and DOES 1-100 for money damages and quiet title and states:

1.　　　As Plaintiffs Karen Guertin have commenced an action against Defendants in Clark County.

2. Plaintiff Karen Guertin sues defendants Bank of America N.A.; BAC Home Loans Servicing, LP; ReconTrust Company; Mortgage Electronic Registration Systems; and DOES 1-100 for money damages and quiet title.

3. The object of the action is: RESPA Violations; Fraud and Intentional Deceit; General Breach of Contract; Wrongful Foreclosure; Violations of the Fair Debt Collection Act; Notary Fraud and Fraudulent Assignment.

4. The description of the real property to be affected is: commonly known as 980 Buffalo River, Henderson, Nevada 89015  APN: 179-28-713-005

Dated this 15th day of June, 2011

*Karen Guertin*
Karen Guertin
9360 West Flamingo Road #110-526
Las Vegas, Nevada 89147
Tel: 702-256-1659
Email: guertin.karen@gmail.com
Plaintiff and Attorney Pro Se